United States District Court
Southern District of Texas
**ENTERED**
December 01, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| RUBEN ELIZONDO | § |
| | § |
| | § |
| VS. | § CIVIL ACTION NO.:4:16-CV-02436 |
| | § <u>JURY</u> |
| TRAVELERS INSURANCE AGENCY, | § |
| INC., AND THE CHARTER OAK FIRE | § |
| INSURANCE COMPANY | § |

## ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS WITH PREJUDICE

BE IT REMEMBERED that on this day came on to be heard Plaintiff's Motion to Dismiss with Prejudice as to Defendants **TRAVELERS INSURANCE AGENCY, INC. AND THE CHARTER OAK FIRE INSURANCE COMPANY**. After considering the Motion, the Court is of the opinion that said Motion is meritorious and should be in all good things GRANTED. It is, therefore,

**ORDERED, ADJUDGED** and **DECREED** that Plaintiff's claims against Defendants **TRAVELERS INSURANCE AGENCY, INC. AND THE CHARTER OAK FIRE INSURANCE COMPANY**, are hereby dismissed with prejudice from the Court's docket and that court costs are taxed against the party incurring same.

Signed this _30th_ day of _November_ 2015.

_____
EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE

APPROVED:
**THE WEYCER LAW FIRM, P.C**
By: _____
Mark A. Weycer
State Bar No.: 21237300

1915851.1

4545 Bissonnet, Suite 294
Bellaire, Texas 77401
Telephone: (713) 668-4545
Facsimile: (713) 668-5115
Email: mweycer@weycerlawfirm.com

**ATTORNEY-IN-CHARGE FOR
PLAINTIFF RUBEN ELIZONDO**

4